COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:         Patty Ramos v. Juan C. Portal

Appellate case number:     01-18-00704-CV

Trial court case number:    2008-24403

Trial court:                         245th District Court of Harris County

Appellant, Patty Ramos, has filed a notice of appeal of the trial court's order in a suit to modify the parent-child relationship. A supplemental clerk's record filed in this Court includes appellant's "Motion for a Free Reporter's Record" to which she attached, as an exhibit, her "Sworn Statement of Indigency"; and her "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond" filed in the trial court proceeding. *See* TEX. R. CIV. P. 145(a), (b), (d).  And, the clerk's record does not reflect that any motion to require appellant to pay costs or any contest to appellant's sworn statement or statement of inability was filed, a hearing held, or an order requiring appellant to pay costs was signed. *See id.* 145(f). **Accordingly, the Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of fees charged by the trial court clerk or court reporter for preparation of the appellate record.** *See id.* 145(a), (c).

The trial court clerk is direct to prepare and file a clerk's record at no cost to appellant. Further, appellant has filed a docketing statement showing that she has requested preparation of a reporter's record. Accordingly, the court reporter is directed to file, with this Court, a reporter's record at no cost to appellant. **The clerk's record and reporter's record are due to be filed no later than 30 days from the date of this order.**

It is so ORDERED.

Judge's signature: ____/s/ Russell Lloyd_____
                           x  Acting individually     ☐  Acting for the Court

Date: __November 13, 2018____